ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/15/2025 6:39 PM
CHRISTOPHER A. PRINE
CLERK

**Cause No. 15-25-00142-CV**

**IN THE COURT OF APPEALS**

**FIFTEENTH DISTRICT OF TEXAS AT AUSTIN**

**ROBERT EDWARD BATTAILE, Appellant**

**v.**

**STATE OF TEXAS, KEN PAXTON, JANE NELSON et al., Appellees**

_____

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF

APPEALS:

Appellant, Robert Edward Battaile, appearing pro se, respectfully moves this Court

for an extension of time to file his appellate brief and shows as follows:

1   **Current Deadline.** Appellant's brief is presently due on Sept 28, 2025

2   **Requested Extension.** Appellant requests an additional 14 days, making the

new deadline Oct 2, 2025.

3   **Reason for Extension.**

a) This request is not made for delay but so that justice may be done. The

clerk's record is voluminous and involves multiple defendants and issues.

b) Appellant will be filing a Writ of Mandamus on or before Sept 17, 2025; also involving additional newly discovered issues of irreparable historic landmark destruction at the Manor Downs racetrack.

c) The Court Reporters' records of five hearings going back to May 13th were delayed until Aug 18 despite numerous requests for their production, thus requiring extra time to review; and one hearing was not recorded at all.

d) In addition, Appellant is proceeding pro se and requires additional time to prepare a complete and accurate brief that will aid the Court in its review.

5  **Prior Extensions.** This is Appellant's first request for an extension of time to file his brief.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the Court grant this Motion and extend the deadline for filing his appellate brief on or before Oct 2, and for such other relief to which he may be justly entitled.

Respectfully submitted,
   /s/ Robert Edward Battaile
Robert Edward Battaile, Pro Se
502 E Eggleston St Unit B, Manor TX 78653
robert@manortx.us

**CERTIFICATE OF CONFERENCE**

Appellant certifies that he has not recently attempted further conference with counsel for all Appellees because many of them were only formally added as appellees within the last two days. However, from the outset of this litigation, including in the initial filings and in open court at prior hearings, Appellant has repeatedly requested that the parties engage in mediation. To date, those requests have not been accepted.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Motion was served on all Appellees' counsel of record on Sep 12, 2025, via eService through the Court's electronic filing system, and certified mail if needed.

/s/ Robert Edward Battaile
Robert Edward Battaile, Appellant

**IN THE COURT OF APPEALS**

FIFTEENTH DISTRICT OF TEXAS

AT AUSTIN

**ROBERT EDWARD BATTAILE, Appellant**

v.

**STATE OF TEXAS, KEN PAXTON, JANE NELSON et al, Appellees**

Cause No. 15-25-00142-CV

**ORDER**

On this day, the Court considered Appellant's Motion for Extension of Time to File Brief. After reviewing the motion, the Court is of the opinion that it should be **GRANTED**.

IT IS THEREFORE ORDERED that Appellant's Motion for Extension of Time is GRANTED. Appellant's brief shall be filed on or before Oct 2, 2025.

SIGNED this ___ day of _____, 2025.

\n_____

Justice, Fifteenth Court of Appeals

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 105613828
Filing Code Description: Motion - Exempt
Filing Description: Motion for Extension of Time to File Brief
Status as of 9/16/2025 7:03 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 9/15/2025 6:39:37 PM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 9/15/2025 6:39:37 PM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 9/15/2025 6:39:37 PM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 9/15/2025 6:39:37 PM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 9/15/2025 6:39:37 PM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 9/15/2025 6:39:37 PM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 9/15/2025 6:39:37 PM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 9/15/2025 6:39:37 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 9/15/2025 6:39:37 PM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 9/15/2025 6:39:37 PM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 9/15/2025 6:39:37 PM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 9/15/2025 6:39:37 PM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 9/15/2025 6:39:37 PM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 9/15/2025 6:39:37 PM | SENT |
| Tristan AGarza | | tristan.garza@oag.texas.gov | 9/15/2025 6:39:37 PM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 9/15/2025 6:39:37 PM | SENT |
| Anna Puff | 24144206 | apuff@sneedvine.com | 9/15/2025 6:39:37 PM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 9/15/2025 6:39:37 PM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 9/15/2025 6:39:37 PM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 9/15/2025 6:39:37 PM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 9/15/2025 6:39:37 PM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/15/2025 6:39:37 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 105613828
Filing Code Description: Motion - Exempt
Filing Description: Motion for Extension of Time to File Brief
Status as of 9/16/2025 7:03 AM CST

Case Contacts

| Raylynn Howell | | raylynn.howell@bakerbotts.com | 9/15/2025 6:39:37 PM | SENT |
|---|---|---|---|---|
| Kim McBride | | kmcbride@mcginnislaw.com | 9/15/2025 6:39:37 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 9/15/2025 6:39:37 PM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 9/15/2025 6:39:37 PM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 9/15/2025 6:39:37 PM | SENT |
| Andy Soule | | asoule@rrspllc.com | 9/15/2025 6:39:37 PM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 9/15/2025 6:39:37 PM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 9/15/2025 6:39:37 PM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 9/15/2025 6:39:37 PM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 9/15/2025 6:39:37 PM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 9/15/2025 6:39:37 PM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 9/15/2025 6:39:37 PM | SENT |
| Emily Hill | | ehill@manortx.gov | 9/15/2025 6:39:37 PM | SENT |
| Anne Weir | | aweir@manortx.gov | 9/15/2025 6:39:37 PM | SENT |